BENJAMIN STARER, Appellant, v. RALPH A. LALONDE and ARTHUR J. BAKER, Respondents.— Judgments and order affirmed, with costs. All concur. (The judgments are for defendants in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ELIZABETH COYNE, an Infant, by WILLIAM COYNE, Her Guardian ad Litem, Respondent, v. THE SCHIFF COMPANY and ONONDAGA BOSTON STORE, INC., Defendants, and RUBIN BROS. FOOTWEAR, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion for judgment on the pleadings in an action for damages caused by protruding nail in a shoe.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

PHILIP ROTH, as Agent and President of the B. & R. IRON & METAL Co., INC., Appellant, v. LOUIS BAKER, Doing Business as L. BAKER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants defendant's motion to change the place of trial in an action for conversion.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Transfer Tax on the Estate of FRANKLIN MILES, Deceased.— Order affirmed, with costs. All concur. (The order determines transfer tax payable upon decedent's estate.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ. [158 Misc. 398.]

MINNIE BORISOFF, Respondent, v. MORRIS GOODMAN and CAROLINE NUGENT, Appellants.— Order affirmed, with costs. All concur. (The order grants a new trial in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JAMES E. HEFFERNAN, Respondent, v. GENERAL BRONZE CORPORATION, Appellant.— Motion for a reargument denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Fifth Judicial District.— Stephen W. Brennan, Esq., of Utica, is appointed a member of the committee in place of Hon. Gay H. Brown, resigned. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.